FILED by JA D.C.

Jan 21, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-20050-CR-ALTONAGA/TORRES

CASE NO. ____________________

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1324(b)
18 U.S.C. § 371
18 U.S.C. § 875
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 1201(c)
18 U.S.C. § 1951(a)
18 U.S.C. § 982(a)(6)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

JOSE MIGUEL GONZALEZ VIDAL,
a/k/a "El Chupa,"
a/k/a "Jose Gonzalez Perez,"
REYNALDO CRESPO MARQUEZ,
a/k/a "El Nino," and
JANCER SERGIO RAMOS VALDES,
a/k/a "Hansel,"

Defendants.
____________________________________/

# INDICTMENT

The Grand Jury charges:

## COUNT 1
**Conspiracy to Encourage Aliens to Enter the United States for Financial Gain**
**8 U.S.C. § 1324(a)(1)(A)(v)(I)**

Beginning at least as early as May 2018, the exact date being unknown to the Grand Jury, through on or about January 20, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to commit an offense against the United States, that is, encouraging and inducing an alien to come to, enter, and reside in the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such coming to, entering, and residence was in violation of law, in violation of Title 8, United States Code, Section 1324(a)(l)(A)(iv) and 1324(a)(1)(B)(i), all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

**COUNTS 2-4**
**Encouraging Aliens to Enter the United States for Financial Gain**
**8 U.S.C. § 1324(a)(1)(A)(iv)**

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

as set forth in each count below, did encourage and induce aliens, to come to, enter, and reside in the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such coming to, entering, and residence was in violation of law:

| Count | Approximate Dates | Defendants | Alien |
|---|---|---|---|
| 2 | Beginning at least as early as May 2018 through in and around July 2018, the exact dates being unknown to the Grand Jury | **JOSE MIGUEL GONZALEZ VIDAL a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez" REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel,"** | Alien 1 |
| 3 | Beginning at least as early as January 4, 2019, through on or about January 20, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 2 |
| 4 | Beginning at least as early as January 4, 2019, through on or about January 20, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 3 |

In violation of Title 8, United States Code, Sections 1324(a)(l)(A)(iv) and 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

**<u>COUNT 5</u>**
**Conspiracy to Transmit Extortionate Interstate Communications**
**18 U.S.C. § 371**

Beginning at least as early as May 11, 2018, through January 16, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**

**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, with the intent to extort any money and a thing of value from any person, namely Witnesses 1, 2, 3, 4, 5, and 6, did knowingly transmit in interstate and foreign commerce any communication containing any threat to injure the person of another, that is, cellular phone communications containing threats to injure the person of Aliens 1, 2, 3, and 4, sent from Mexico to Miami, Florida and Las Vegas, Nevada, in violation of Title 18, United States Code, Section 875(b).

**OBJECT OF THE CONSPIRACY**

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by kidnapping for ransom Aliens 1, 2, 3, 4 and other Cuban Nationals whose identities are presently known and unknown.

**MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY**

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

1. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators solicited, or caused to be solicited, Cuban Nationals, including Aliens 1, 2, 3, and 4, to illegally enter the United States.

2. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators transported, or caused to be transported, those Cuban Nationals by boat from Cuba to Mexico.

3. **JANCER SERGIO RAMOS VALDES** and other co-conspirators met the Cuban Nationals in the vicinity of Progreso, Mexico and transported them to a residence at or near Merida, Mexico.

4. Once the Cuban Nationals arrived at the residence, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators demanded that the Cuban Nationals pay them $10,000 in United States currency to continue the voyage into the United States.

5. When the Cuban Nationals stated that they could not pay the requested amount, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators held the Cuban Nationals captive.

6. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators contacted, or caused to be contacted, the Cuban Nationals' relatives in the United States, including Witnesses 1, 2, 3, 4, 5, and 6, and threatened to beat, starve, and/or kill the Cuban Nationals if the relatives did not pay the ransom fee.

7. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators deprived the Cuban Nationals of food and water.

8. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators beat, electrocuted, and tortured the Cuban Nationals or caused the Cuban Nationals to be beaten, electrocuted, and tortured.

9. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators took pictures and videos

recordings, or caused to be taken pictures and video recordings, of the beatings, electrocutions, and torture and sent the pictures and video recordings to the Cuban Nationals' relatives to coerce the relatives into paying the ransom fee.

10. If the relatives of Cuban Nationals paid the ransom fee, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES** and other co-conspirators released the Cuban Nationals and assisted them in traveling to the Mexican-United States border so that the Cuban Nationals could present themselves to United States immigration officials to seek asylum.

**OVERT ACTS**

In furtherance of the conspiracy, and to achieve its object, at least one member of the conspiracy committed, and caused to be committed, at least one of the following acts:

1. In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 1 at or near the vicinity of Progreso, Mexico.

2. On or about May 11, 2018, **JOSE MIGUEL GONZALEZ VIDAL** caused a picture of Alien 1's beaten and bruised body to be sent to Alien 1's relatives.

3. In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 4 at or near the vicinity of Progreso, Mexico.

4. On or about January 13, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES**, and other co-conspirators threatened Alien 4, or caused Alien 4 to be threatened, with serious bodily injury and death.

All in violation of Title 18, United States Code, Section 371.

**COUNTS 6-8**
**Interstate Transmission of Extortionate Threats**
**18 U.S.C. § 875(b)**

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

as set forth in each count below, with the intent to extort any money and a thing of value from any person, did knowingly transmit in interstate and foreign commerce any communication containing any threat to injure the person of another, that is cellular phone communications containing a threat to injure the person of Aliens 1, 2 and 3, sent from Mexico to Miami, Florida, as more particularly described below:

| Count | Approximate Date | Defendants | Communications |
|---|---|---|---|
| 6 | May 11, 2018 | **JOSE MIGUEL GONZALEZ VIDAL a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez" REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel,"** | Text communication to Witness 1 with a picture of Alien 1's bruised body to force Witness 1 to pay a ransom fee |
| 7 | January 7, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Telephone call to Witness 2 threatening to cause serious bodily injury or death to Alien 2 if the ransom fee were not paid |

| Count | Approximate Date | Defendants | Communications |
|---|---|---|---|
| 8 | January 7, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Telephone call to Witness 4 threatening to cause serious bodily injury or death to Alien 3 if the ransom fee were not paid |

In violation of Title 18, United States Code, Sections 875(b) and 2.

**COUNT 9**
**Conspiracy to Bring Aliens Into the United States**
**18 U.S.C. § 371**

Beginning at least as early as May 2018, the exact date being unknown to the Grand Jury, through on or about January 20, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to commit an offense against the United States, that is to bring, or attempt to bring, aliens into the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens, in violation of Title 8, United States Code, Sections 1324(a)(2) and 1324(a)(2)(B)(ii).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to enrich themselves by kidnapping Cuban Nationals and holding them captive for ransom. Once the ransom was paid, the defendants' objective was to assist the Cuban Nationals in traveling to the Mexican-United States border so that the Cuban Nationals could present themselves to United States immigration officials to seek asylum.

## MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY

Paragraphs 1 through 10 of the Manner and Means section of Count 5 of this Indictment are incorporated by reference as though fully set forth herein.

## OVERT ACTS

In furtherance of the conspiracy, and to achieve its object, at least one member of the conspiracy committed, and caused to be committed, at least one of the following acts:

1. In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 1 at or near the vicinity of Progreso, Mexico.

2. On or about May 11, 2018, **JOSE MIGUEL GONZALEZ VIDAL** caused a picture of Alien 1's beaten and bruised body to be sent to Alien 1's relatives.

3. In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 4 at or near the vicinity of Progreso, Mexico.

4. On or about January 13, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES**, and other co-conspirators threatened Alien 4, or caused Alien 4 to be threatened, with serious bodily injury and death.

All in violation of Title 18, United States Code, Section 371.

**COUNT 10**
**Conspiracy to Commit Kidnapping**
**18 U.S.C. § 1201(c)**

Beginning at least as early as May 2018, the exact date being unknown to the Grand Jury, through on or about January 16, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away any person, that is Aliens 1, 2, 3, 4 and other known and unknown Cuban Nationals, and hold them for ransom, that is, for $10,000 in United States currency, and did use means, facilities, or instrumentalities of interstate or foreign commerce, that is, Western Union, the mobile application WhatsApp, and cellular telephones, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1); all in violation of Title 18, United States Code, Section 1201(c).

**OBJECT OF THE CONSPIRACY**

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by kidnapping for ransom Aliens 1, 2, 3, 4 and other Cuban Nationals whose identities are presently known and unknown.

**MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY**

Paragraphs 1 through 10 of the Manner and Means section of Count 5 of this Indictment are incorporated by reference as though fully set forth herein.

**OVERT ACTS**

In furtherance of the conspiracy, and to achieve its object, at least one member of the conspiracy committed, and caused to be committed, at least one of the following acts:

1. In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 1 at or near the vicinity of Progreso, Mexico.

2. On or about May 11, 2018, **JOSE MIGUEL GONZALEZ VIDAL** caused a picture of Alien 1's beaten and bruised body to be sent to Alien 1's relatives.

3. In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 4 at or near the vicinity of Progreso, Mexico.

4. On or about January 13, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES**, and other co-conspirators threatened Alien 4, or caused Alien 4 to be threatened, with serious bodily injury and death.

All in violation of Title 18, United States Code, Section 1201(c).

**COUNTS 11-13**
**Kidnapping**
**18 U.S.C. § 1201(a)(1)**

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

as set forth in each count below, did unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away the person described below and hold him for ransom, that is, for $10,000 in United States currency, and did use means, facilities, or instrumentalities of interstate or foreign commerce, that is, Western Union, the mobile application WhatsApp, and cellular telephones, in committing and in furtherance of the commission of the offense,

| Count | Approximate Date | Defendants | Alien |
|---|---|---|---|
| 11 | Beginning at least as early as May 2018 through in and around July 2018, the exact dates being unknown to the Grand Jury | **JOSE MIGUEL GONZALEZ VIDAL a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez" REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel,"** | Alien 1 |
| 12 | Beginning at least as early January 6, 2019, through on or about January 16, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 2 |
| 13 | Beginning as least as early as January 6, 2019, through on or about January 16, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 3 |

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

**COUNT 14**
**Conspiracy to Extort**
**(18 U.S.C. § 1951(a))**

Beginning at least as early as May 2018, the exact date being unknown to the Grand Jury, through on or about January 16, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to in any way and degree obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as the terms "extortion" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(2) and (b)(3), in that the defendants did conspire to obtain property from others, with their consent, induced by wrongful use of actual and threatened force, violence, and fear, all in violation of Title 18, United States Code, Section 1951(a).

**COUNT 15-17**
**Extortion**
**18 U.S.C. § 1951(a)**

On or about the specified dates below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez"**
**REYNALDO CRESPO MARQUEZ,**

**a/k/a "El Nino," and**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**

as set forth in each count below, did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of extortion, as the terms "extortion" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(2) and (b)(3), in that the defendants did take United States currency from the person described below, with their consent, induced by wrongful use of actual and threatened force, violence, and fear:

| Count | Approximate Date | Defendants | Alien |
|---|---|---|---|
| 15 | Beginning at least as early as May 2018 through in and around July 2018, the exact dates being unknown to the Grand Jury | **JOSE MIGUEL GONZALEZ VIDAL a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez" REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel,"** | Alien 1 |
| 16 | Beginning at least as early January 6, 2019, through on or about January 16, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 2 |
| 17 | Beginning as least as early as January 6, 2019, through on or about January 16, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 3 |

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**CRIMINAL FORFEITURE**

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which any of the defendants, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ** or **JANCER SERGIO RAMOS VALDES** have an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, any defendant so convicted shall forfeit to the United States:

a. (a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the violation; and (b) any property, real or personal, (i) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the violation; or (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of the violation, pursuant to Title 18, United States Code, Section 982(a)(6), and

b. any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of the violation, the gross proceeds of such violation, and any property traceable to such conveyance or proceeds, pursuant to Title 8, United States Code, Section 1324(b).

3. Upon conviction of Title 18, United States Code, Section 1201 as alleged in the Indictment, the defendants shall forfeit all of their right, title and interest in any property, real or personal, which constitutes, or is derived from, any proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code Section 982(a)(6), Title 8, United States Code, 1324(b), and Title 18, United State Code Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

QUINSHAWNA S. LANDON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Jose Miguel Gonzalez Vidal, et al.,

Defendants, /

CASE NO.______________________________

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
✓ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New defendant(s) Yes ____ No ____
Number of new defendants ____
Total number of counts ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
List language and/or dialect Spanish

4. This case will take 30 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | ✓ | Felony | ✓ |
| V | 61 days and over | | | |

6. Has this case previously been filed in this District Court? (Yes or No) No
If yes: Judge Case No. ____________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) Yes
If yes: Magistrate Case No. 20-mj-3346-McAliley; 20-mj-3347-McAliley; 20-mj-040
Related miscellaneous numbers: ____________
Defendant(s) in federal custody as of August 13, 2020
Defendant(s) in state custody as of ____________
Rule 20 from the District of ____________

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? Yes ____ No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ____ No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? Yes ____ No ✓

______________________ for
Quinshawna Landon
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 99835

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JOSE MIGUEL GONZALEZ VIDAL a/ka "El Chupa," a/k/a "Jose Gonzalez Perez"**

**Case No:**____________________

Count #: 1

Conspiracy to Encourage Aliens to Illegally Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

***Max. Penalty: Ten Years**

Count #: 2

Encouraging Aliens to Illegally Enter the United States

Title 8, United States Code, Section 1324(a)(1)(a)(iv)

***Max. Penalty: Ten Years**

Count #: 5

Conspiracy to Transmit Extortionate Interstate Communications

Title 18, United States Code, Section 371

***Max. Penalty: Five Years**

Count #: 6

Interstate Transmission of Extortionate Threats

Title 18, United States Code, Section 875(b)

***Max. Penalty: Twenty Years**

Count #: 9

Conspiracy to Bring Aliens into the United States

Title 18, United States Code, Section 371

***Max. Penalty: Five Years**

Count #: 10

Conspiracy to Commit Kidnapping

Title 18, United States Code, Section 1201(c)

***Max. Penalty: Life Imprisonment**

Counts #: 11-13

Kidnapping

Title 18, United States Code, Section 1201(a)(1)

***Max. Penalty: Life Imprisonment**

Count #: 14

Conspiracy to Interfere with Commerce by Threats or Violence

Title 18, United States Code, Section 1951(a)

***Max. Penalty: Twenty Years**

Counts #: 15-17

Interference with Commerce by Threats or Violence

Title 18, United States Code, Section 1951(a)

***Max. Penalty: Twenty Years**

*** Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: REYNALDO CRESPO MARQUEZ a/k/a "El Nino"**

**Case No:**___________________________

Count #: 1

Conspiracy to Encourage Aliens to Illegally Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

***Max. Penalty: Ten Years**

Counts #: 2-4

Encouraging Aliens to Illegally Enter the United States

Title 8, United States Code, Section 1324(a)(1)(a)(iv)

***Max. Penalty: Ten Years**

Count #: 5

Conspiracy to Transmit Extortionate Interstate Communications

Title 18, United States Code, Section 371

***Max. Penalty: Five Years**

Counts #: 6-8

Interstate Transmission of Extortionate Threats

Title 18, United States Code, Section 875(b)

***Max. Penalty: Twenty Years**

Count #: 9

Conspiracy to Bring Aliens into the United States

Title 18, United States Code, Section 371

***Max. Penalty: Five Years**

Count #: 10

Conspiracy to Commit Kidnapping

Title 18, United States Code, Section 1201(c)

***Max. Penalty: Life Imprisonment**

Count #: 11

Kidnapping

Title 18, United States Code, Section 1201(a)(1)

***Max. Penalty: Life Imprisonment**

Count #: 14

Conspiracy to Interfere with Commerce by Threats or Violence

Title 18, United States Code, Section 1951(a)

***Max. Penalty: Twenty Years**

Count #: 15

Interference with Commerce by Threats or Violence

Title 18, United States Code, Section 1951(a)

***Max. Penalty: Twenty Years**

*** Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: JANCER SERGIO RAMOS VALDES a/k/a "Hansel"**

**Case No:** ______

Count #: 1

Conspiracy to Encourage Aliens to Illegally Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

***Max. Penalty: Ten Years**

Counts #: 2-4

Encouraging Aliens to Illegally Enter the United States

Title 8, United States Code, Section 1324(a)(1)(a)(iv)

***Max. Penalty: Ten Years**

Count #: 5

Conspiracy to Transmit Extortionate Interstate Communications

Title 18, United States Code, Section 371

***Max. Penalty: Five Years**

Counts #: 6-8

Interstate Transmission of Extortionate Threats

Title 18, United States Code, Section 875(b)

***Max. Penalty: Twenty Years**

Count #: 9

Conspiracy to Bring Aliens into the United States

Title 18, United States Code, Section 371

***Max. Penalty: Five Years**

Count #: 10

Conspiracy to Commit Kidnapping

Title 18, United States Code, Section 1201(c)

***Max. Penalty: Life Imprisonment**

Counts #: 11-13

Kidnapping

Title 18, United States Code, Section 1201(a)(1)

***Max. Penalty: Life Imprisonment**

Count #: 14

Conspiracy to Interfere with Commerce by Threats or Violence

Title 18, United States Code, Section 1951(a)

***Max. Penalty: Twenty Years**

Counts #: 15-17

Interference with Commerce by Threats or Violence

Title 18, United States Code, Section 1951(a)

***Max. Penalty: Twenty Years**

*** Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**