**Vazquez, Ignacio (USAFLS)**

**From:** SCOTT KALISCH
**Sent:** Saturday, May 22, 2021 10:06 AM
**To:** Vazquez, Ignacio (USAFLS)
**Cc:** Christian Dunham; Reboso, Manolo (USAFLS)
**Subject:** Re: Motion in Limine

I object to such a position; I believe to the contrary that the activity underlying these charges constitute ordinary human smuggling of the “coyote” variety and not kidnapping at all. I will argue such to the jury and to ask the Court to preclude it is a fundamental denial of the due process of law. Scott Kalisch

Sent from my iPhone