**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20050-CR-ALTONAGA(s)**

**UNITED STATES OF AMERICA**

**v.**

**JANCER SERGIO RAMOS VALDES et al.,**

**Defendant.**
**_________________________________________/**

**THE UNITED STATES OF AMERICA'S NOTICE OF INTENT**
**TO INTRODUCE EXPERT TESTIMONY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides this notice and Response to the Defendants Request for Disclosure of Expert Witness Summaries [ECF No. 130] pursuant to Fed. R. Crim. P. 16(a)(1)(G) of the Government's intent to use expert testimony in its case-in-chief at trial, and states as follows:

1. **Victim Exploitation and Victim Behavior Expert Testimony**

   a. **Alex G. Loff, Special Agent ("SA"), Federal Bureau of Investigation**

As to SA Loff's training and experience in the area of human trafficking, SA Loff has been assigned to the Child Exploitation and Human Trafficking Task Force since October 2018. In that time period, SA Loff has participated in approximately between twenty and thirty federal and state investigations. SA Loff has interviewed more than fifty victims and defendants during those investigations. As a result of those interviews and investigations, SA Loff has become familiar with the methods and tactics used by those engaged in human exploitation activities. SA Loff was recently named Human Trafficking Coordinator for the FBI-Miami Field Office, with duties that include coordinating human trafficking investigations with local law enforcement in the Southern District of Florida.

**b. Edward Conway, Special Agent, Federal Bureau of Investigation**

Edward Conway is a Special Agent with the FBI. From 2004 through 2016, SA Conway, while assigned to FBI Philadelphia Division, investigated transnational criminal enterprises. From 2005 through 2016, SA Conway served as an investigator on matters pertaining to human smuggling and exploitation. SA Conway spent ten years locating and interviewing victims across the United States and abroad.

From 2016 to the present, SA Conway has worked various matters out of Philadelphia's Newtown Square Resident Agency. SA Conway continues to field human trafficking complaints and has participated in related investigations. Additionally, Special Agent Conway has provided related training to law enforcement officers in the United States and various countries. SA Conway has provided training to Eurasian law enforcement officers at the International Law Enforcement Academy in Budapest, to Latin American officers and prosecutors through the FBI Academy's International Training Unit, to federal prosecutors at the Department of Justice's National Advocacy Center, to new FBI agents, various non-government agencies and local law enforcement officers across the United States.

**c. Summary of Victim Exploitation and Victim Behavior Expert Testimony**

Agents Loff and Conway are tendered in the alternative in the event of a scheduling conflict. The United States expects that FBI Special Agents Loff or Conway will testify to the following areas related to exploitation crimes:

(1) The typical means criminal organizations target, recruit, manipulate, and maintain exploitation victims. The agent will testify that there are different types of traffickers who use different methods to recruit and maintain the victims for human exploitation. The agent will

explain that exploitation enterprises commonly utilize an array of physical and psychological tactics to maximize profitability.

(2) Common ways that human exploitation schemes maintain control over victims. The agents will describe violence as a means of control commonly used within exploitation schemes. The agent will explain the concept of the compliant victim who may not escape an exploitation scheme even when the opportunity seemingly presents itself.

(3) That it is common that victims of exploitation do not feel free to escape. The agents will explain that it is common that exploitation schemes instill in their victims a sense of fear that they or their families will be harmed if an escape is attempted. The agent will testify that in his experience, the victims can at ties develop a sense of loyalty to their abusers or become incapacitated by the fear of the consequences of escaping. The agents will explain that when a victim is able to escape from an exploitation scheme, they often leave without any money or material belongings.

The agents will not testify about the credibility of the victim or witnesses. In fact, the agents have never met the victim, nor have they viewed any statements of the victim. The agents will not interview the victim before trial. The agent will testify as to exploitation victims in general terms, not the behavior exhibited by the victims in this case. The agents may also be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence already presented at trial.

**2. Computer and Cellular Phone Forensic Analysis Expert Testimony**

**a. Special Agent Adam Goodrich, FBI, Cellular Analysis Survey Team (“CAST”) Member**

Between 2017 and 2018, Special Agent Goodrich completed more than 300 hours of

training in cellular analysis. Special Agent Goodrich has conducted cellular analysis in approximately 50 cases, which has primarily consisted of utilizing cell phone records provided by various service providers to determine historical location information and movement patterns for target cell phones during specific time periods. Special Agent Goodrich has analyzed call detail records for approximately 137 cell phones. Special Agent Goodrich currently uses his training and experience with cellular records and cellular networks to conduct cellular analysis in support of local, state, and federal agencies. Special Agent Goodrich's testimony and opinions will be based on his education, training, and experience conducting cellular analysis. In the event of a scheduling conflict, the United States will identify an alternative CAST agent as a substitute for Agent Goodrich.

Special Agent Goodrich will testify that they analyzed the cellular data obtained from the investigation of this case, including historical cell site data, subscriber information, and call and message detail records. Special Agent Goodrich will testify that they used that data to identify the location of the cell phones and pattern of movements over time. Special Agent Goodrich will further place records and cellular activity in the context of admitted trial evidence.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *<u>/s/ Manolo Reboso</u>*

Manolo Reboso
Assistant United States Attorney
Florida Bar No. 75397
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9091
Fax: (305) 536-4699
E-Mail: Manolo.Reboso@usdoj.gov

By: /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 536-4699

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically onto the Court's CM/ECF system on February 8, 2022.

By: */s/ Manolo Reboso*
Assistant United States Attorney