FILED BY _____ D.C.

FEB 09 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-20050-CR-ALTONAGA/TORRES(s)(s)

18 U.S.C. § 1962(d)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1324(b)
18 U.S.C. § 371
18 U.S.C. § 875
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 1201(c)
18 U.S.C. § 982(a)(6)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

JOSE MIGUEL GONZALEZ VIDAL,
    a/k/a "El Chupa,"
    a/k/a "Jose Gonzalez Perez,"
REYNALDO CRESPO MARQUEZ,
    a/k/a "El Nino,"
JANCER SERGIO RAMOS VALDES,
    a/k/a "Hansel,"
YOSVANI CARBONEL LEMUS,
    a/k/a, "Yosbani Clavell,"
YOHISMY PEREZ GONZALEZ,
    a/k/a "Peseta,"
LUIS POMPA GONZALEZ,
    a/k/a "Luisito," and
REYNALDO ABREU GARCIA,
    a/k/a "Rey,"
    a/k/a "Cancun Rey,"

    Defendants.
_____/

**SECOND SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**Racketeer Influenced and Corrupt Organization Conspiracy**
**18 U.S.C. § 1962(d)**

At all times relevant to this Second Superseding Indictment, unless otherwise indicated:

**THE ENTERPRISE**

1.      **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, REYNALDO ABREU GARCIA**, and others known and unknown to the Grand Jury, were members and associates of a criminal organization engaged in various criminal acts including migrant smuggling, kidnapping for ransom extortion, and crimes to further the interest of the organization. The organization constituted an Enterprise, as defined in Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact. The Enterprise engaged in, and its activities affected, interstate and foreign commerce. The Enterprise constituted an ongoing organization, whose members functioned as a continuing unit for the common purpose of achieving the objectives of the Enterprise.

2.      The Enterprise operated beginning no later than 2009 for the purpose of enriching its members and associates though the aid of criminal acts. The Enterprise operated in the Southern District of Florida, other parts of the United States of America, Cuba, Mexico, and elsewhere.

3.      **JOSE MIGUEL GONZALEZ VIDAL** rose to operate as a leader of the Enterprise. During periods of **GONZALEZ VIDAL**'s confinement, **REYNALDO CRESPO MARQUEZ** assumed a leadership role in the Enterprise. As part of its ransom and human

2

smuggling scheme, Enterprise members coordinated with **REYNALDO ABREU GARCIA** and others who specialized in the illegal movement of migrants to the United States through the aid of bribery and fraud. **GONZALEZ VIDAL** and **MARQUEZ** also took it upon themselves to coordinate responses to legal actions in the United States, Mexico, and elsewhere to protect the Enterprise, its members and associates from justice.

4.      Defendants **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ,** and others known and unknown to the Grand Jury, served as workers of the Enterprise in the United States, Cuba, Mexico, and elsewhere. Enterprise workers shared vessels, ship captains, human and contraband storage sites, corrupted associates, debt collection schemes, and other resources. The Enterprise's members also profited from illicit pecuniary activities including kidnapping for ransom, extortion, drug trafficking, alien smuggling, trafficking in stolen property, and fraud schemes.

<u>**PURPOSES OF THE ENTERPRISE**</u>

5.      The principal purpose of the Enterprise was to generate money for its members and associates. Another purpose of the Enterprise was to corrupt foreign officials and obstruct justice to enable the organization's continued operation.

<u>**MANNER AND MEANS OF THE ENTERPRISE**</u>

6.      Members and associates of the Enterprise coordinated with fellow criminal organizations and sought to bribe foreign government officials to facilitate the Enterprise's kidnapping, extortion, smuggling, trafficking, fraud schemes, and other illicit ventures.

7.      Members and associates of the Enterprise would regularly meet to discuss, among other thing, past acts of violence and other crimes committed by organization members against

3

rival organization members, and others; to notify one another about organization members who were arrested or incarcerated; to discuss the disciplining of Enterprise members; to discuss law enforcement interactions with organization members; to plan and agree upon the commission of future crimes, including alien smuggling, extortion, kidnapping, trafficking in stolen property, drug trafficking, bribery, fraud schemes, money laundering, and means to cover up these crimes by way of obstruction of justice, to include violation of court orders.

8.      Members and associates of the Enterprise agreed to purchase, maintain, and circulate weapons, and acquire physical locations for use in the Enterprise's criminal activities.

## RACKETEERING CONSPIRACY

9.      From at least as early as in or around May 2009, and continuing through the return of this Second Superseding Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez,"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino,"**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**
**YOSVANI CARBONEL LEMUS,**
**a/k/a, "Yosbani Clavell,"**
**YOHISMY PEREZ GONZALEZ,**
**a/k/a "Peseta,"**
**LUIS POMPA GONZALEZ,**
**a/k/a "Luisito," and**
**REYNALDO ABREU GARCIA,**
**a/k/a "Rey,"**
**a/k/a "Cancun Rey,"**

each being a person employed by and associated with the Enterprise, an enterprise engaged in, and the activities of which affect, interstate and foreign commerce, together with others known and

4

unknown to the Grand Jury, did knowingly and intentionally conspire to violate 1962(c), that is to conduct and participate, directly and indirectly, in the conduct of the affairs of the Enterprise through a pattern of racketeering activity, as defined in Sections 1961(1) and (5) of Title 18, United States Code, which pattern of racketeering activity consisted of:

a. Multiple acts and threats involving extortion, in violation of Florida Statute 836.05, 777.04(1) and (3), and 777.011.

b. Multiple acts and threats involving extortion, in violation of Nevada Statute 205.320, 199.480, and 195.020.

c. Multiple acts indictable under 8 U.S.C. § 1324 relating to alien smuggling for financial gain.

d. Multiple acts indictable under 18 U.S.C. § 1503 relating to obstruction of justice.

e. Multiple acts indictable under 18 U.S.C. § 1952 relating to racketeering.

f. Multiple acts indictable under 18 U.S.C. § 1956 relating to the laundering of monetary instruments.

g. Multiple acts indictable under 18 U.S.C. § 2312 relating to the interstate transportation of stolen motor vehicles.

10. It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

All in violation of Title 18, United States Code, Section 1962(d).

## COUNT 2
### Conspiracy to Encourage Aliens to Enter the United States for Financial Gain
### 8 U.S.C. §§ 1324(a)(l)(A)(iv)

Beginning at least as early as May 2009, the exact date being unknown to the Grand Jury, through on or about December 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
a/k/a "El Chupa,"
a/k/a "Jose Gonzalez Perez,"
**REYNALDO CRESPO MARQUEZ,**
a/k/a "El Nino,"
**JANCER SERGIO RAMOS VALDES,**
a/k/a "Hansel,"
**YOSVANI CARBONEL LEMUS,**
a/k/a, "Yosbani Clavell,"
**YOHISMY PEREZ GONZALEZ,**
a/k/a "Peseta,"
**LUIS POMPA GONZALEZ,**
a/k/a "Luisito," and
**REYNALDO ABREU GARCIA,**
a/k/a "Rey,"
a/k/a "Cancun Rey,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, encouraging and inducing an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entering, and residence was in violation of law, in violation of Title 8, United States Code, Sections 1324(a)(l)(A)(iv) and 1324(a)(1)(B)(i); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

It is further alleged that the offense was committed for the purpose of commercial advantage and private financial gain.

6

## COUNTS 3-10
### Encouraging Aliens to Enter the United States for Financial Gain
### 8 U.S.C. § 1324(a)(1)(A)(iv)

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
a/k/a "El Chupa,"
a/k/a "Jose Gonzalez Perez,"
**REYNALDO CRESPO MARQUEZ,**
a/k/a "El Nino,"
**JANCER SERGIO RAMOS VALDES,**
a/k/a "Hansel,"
**YOSVANI CARBONEL LEMUS,**
a/k/a "Yosbani Clavell,"
**YOHISMY PEREZ GONZALEZ,**
a/k/a "Peseta,"
**LUIS POMPA GONZALEZ,**
a/k/a "Luisito," and
**REYNALDO ABREU GARCIA,**
a/k/a "Rey,"
a/k/a "Cancun Rey,"

as set forth in each count below, did encourage and induce an alien, as specified below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entering, and residence was in violation of law:

| Count | Approximate Dates | Defendants | Alien |
|---|---|---|---|
| 3 | Beginning at least as early as February 2018, through on or about March 10, 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," YOHISMY PEREZ GONZALEZ, a/k/a "Peseta," LUIS POMPA GONZALEZ, a/k/a "Luisito," and REYNALDO ABREU GARCIA, a/k/a "Rey," a/k/a "Cancun Rey," | Alien 1 |
| 4 | Beginning at least as early as February 11, 2018, through on or about May 12, 2018 | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," YOHISMY PEREZ GONZALEZ, a/k/a "Peseta," and LUIS POMPA GONZALEZ, a/k/a "Luisito," | Alien 2 |
| 5 | Beginning on or about May 2018, through in and around July 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Alien 3 |

| Count | Approximate Dates | Defendants | Alien |
|---|---|---|---|
| 6 | Beginning at least as early as May 2018, through on or about July 2, 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Alien 4 |
| 7 | On or about May 2018, the exact date being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez" | Alien 5 |
| 8 | Beginning at least as early as July 2018, through on or about September 3, 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel" | Alien 6 |
| 9 | Beginning at least as early as January 4, 2019, through on or about January 20, 2019 | REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," and REYNALDO ABREU GARCIA, a/k/a "Rey," a/k/a "Cancun Rey," | Alien 7 |
| 10 | Beginning at least as early as January 4, 2019, through on or about January 20, 2019 | REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel" | Alien 8 |

In violation of Title 8, United States Code, Sections 1324(a)(l)(A)(iv) and 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

It is further alleged that the offense was committed for the purpose of commercial advantage and private financial gain.

### COUNT 11
**Conspiracy to Transmit Extortionate Interstate Communications**
**18 U.S.C. § 371**

Beginning at least as early as May 2009, through on or about January 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez,"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino,"**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**
**YOSVANI CARBONEL LEMUS,**
**a/k/a "Yosbani Clavell,"**
**YOHISMY PEREZ GONZALEZ,**
**a/k/a "Peseta,"**
**LUIS POMPA GONZALEZ,**
**a/k/a "Luisito," and**
**REYNALDO ABREU GARCIA,**
**a/k/a "Rey,"**
**a/k/a "Cancun Rey,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, with the intent to extort any money and a thing of value from a person, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, cellular phone communications containing threats to injure a person sent from Mexico to the United States, in violation of Title 18, United States Code, Section 875(b).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by kidnapping for ransom Aliens 1, 2, 3, 4, 5, 6, 7, 8, 9, and other Cuban nationals whose identities are presently known and unknown.

## MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

1.     **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, REYNALDO ABREU GARCIA,** and other co-conspirators solicited, or caused to be solicited, Cuban nationals, including Aliens 1, 2, 3, 4, 5, 6, 7, 8, 9 and other known and unknown Cuban nationals, to illegally enter the United States.

2.     **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, REYNALDO ABREU GARCIA,** and other co-conspirators transported, or caused to be transported, those Cuban nationals by boat from Cuba to Mexico.

3.     **JANCER SERGIO RAMOS VALDES** and other co-conspirators met the Cuban nationals in the vicinity of Progreso, Mexico and transported them to a residence at or near Merida, Mexico.

4.     Once the Cuban nationals arrived at the residence, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,**

11

YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, and other co-conspirators demanded that the Cuban nationals pay them $10,000 in United States currency to continue the voyage into the United States.

5.     When the Cuban nationals stated that they could not pay the requested amount, JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, REYNALDO ABREU GARCIA, and other co-conspirators held the Cuban nationals captive.

6.     JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, REYNALDO ABREU GARCIA, and other co-conspirators contacted, or caused to be contacted, the Cuban nationals' relatives in the United States, including Witnesses 1, 2, 3, 4, 5, 6, 7, and 8, and threatened to beat, starve, and kill the Cuban nationals if the relatives did not pay the ransom fee.

7.     JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, and other co-conspirators deprived the Cuban nationals of food and water.

8.     JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, and other co-conspirators beat, electrocuted, sexually assaulted, and tortured the Cuban nationals or caused the Cuban nationals to be beaten, electrocuted, sexually assaulted, and tortured.

9. **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ,** and other co-conspirators took pictures and videos recordings, or caused to be taken pictures and video recordings, of the beatings, electrocutions, and torture and sent the pictures and video recordings to the Cuban nationals' relatives to coerce the relatives into paying the ransom fee.

10. If the relatives of Cuban nationals paid the ransom fee, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, YOHISMY PEREZ GONZALEZ, LUIS POMPA GONZALEZ, REYNALDO ABREU GARCIA,** and other co-conspirators released the Cuban nationals and assisted them in traveling to the Mexican-United States border so that the Cuban nationals could present themselves to United States immigration officials to seek asylum and enter into the United States.

## OVERT ACTS

In furtherance of the conspiracy, and to achieve its object, at least one member of the conspiracy committed, and caused to be committed, at least one of the following acts:

11. In or around February 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators kidnapped Aliens 1 and 2 at or near the vicinity of Progreso, Mexico.

12. On or about February 20, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, YOSVANI CARBONEL LEMUS, LUIS POMPA**

**GONZALEZ,** and other co-conspirators threatened Alien 1, or caused Alien 1 to be threatened, with serious bodily injury and death.

13.     On or about March 9, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 2, or caused Alien 2 to be threatened, with serious bodily injury and death.

14.     On or about March 9, 2018, **YOSVANI CARBONEL LEMUS** caused a telephone call to Alien 2's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 2 if the ransom fee were not paid.

15.     In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators kidnapped Aliens 3, 4, and 5 at or near the vicinity of Progreso, Mexico.

16.     On or about May 11, 2018, **JOSE MIGUEL GONZALEZ VIDAL** caused a text communication to be sent to Alien 3's relatives with a picture of Alien 3's beaten and bruised body to coerce Alien 3's relatives to pay a ransom fee.

17.     In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL** and other co-conspirators threatened Alien 5, or caused Alien 5 to be threatened, with serious bodily injury and death.

18.     On or about May 24, 2018, **JOSE MIGUEL GONZALEZ VIDAL, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 4, or caused Alien 4 to be threatened, with serious bodily injury and death.

19.     On or about May 24, 2018, **YOSVANI CARBONEL LEMUS** caused a telephone call to Alien 4's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 4 if the ransom fee were not paid.

20.     In and around July 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 6 at or near the vicinity of Cancun, Mexico.

21.     On or about August 4, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Alien 6, or caused Alien 6 to be threatened, with serious bodily injury and death.

22.     In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Aliens 7 and 8 at or near the vicinity of Progreso, Mexico.

23.     On or about January 7, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Aliens 7, 8, and other known and unknown Cuban nationals, and caused Aliens 7 and 8 to be threatened, with serious bodily injury and death.

24.     On or about January 7, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators caused a telephone call to Alien 7's relatives requesting a ransom fee, and threatening to cause serious bodily injury or death to Alien 7 if the ransom fee were not paid.

25.     On or about January 7, 2019, **JANCER SERGIO RAMOS VALDES,** and other co-conspirators caused a telephone call to Alien 8's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 8 if the ransom fee were not paid.

26.     In or around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, REYNALDO ABREU GARCIA,** and other co-conspirators, transported, or caused to be transported, Alien 7, to the Mexican-United States border so that Alien 7 could present themselves to United States immigration officials to seek asylum.

27.     In or around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 9 at or near the vicinity of Progreso, Mexico.

28.     On or about January 13, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES**, and other co-conspirators threatened Alien 9, or caused Alien 9 to be threatened, with serious bodily injury and death.

All in violation of Title 18, United States Code, Section 371.

<u>**COUNTS 12-17**</u>
**Transmission of Extortionate Interstate Communications**
**18 U.S.C. § 875(b)**

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
**a/k/a "El Chupa,"**
**a/k/a "Jose Gonzalez Perez,"**
**REYNALDO CRESPO MARQUEZ,**
**a/k/a "El Nino,"**
**JANCER SERGIO RAMOS VALDES,**
**a/k/a "Hansel,"**
**YOSVANI CARBONEL LEMUS,**
**a/k/a "Yosbani Clavell,"**

16

**YOHISMY PEREZ GONZALEZ,**
a/k/a "Peseta," and
**LUIS POMPA GONZALEZ,**
a/k/a "Luisito,"

as set forth in each count below, with the intent to extort any money and a thing of value from a person, did knowingly transmit in interstate and foreign commerce any communication containing a threat to injure the person of another, that is, a cellular phone communication containing a threat to injure a person, as specified below, sent from Mexico to Miami, Florida, and elsewhere, as more particularly described below:

| Count | Approximate Date | Defendants | Communications |
|---|---|---|---|
| 12 | March 9, 2018 | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," YOHISMY PEREZ GONZALEZ, a/k/a "Peseta," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Telephone call to Witness 1 to cause serious bodily injury or death to Alien 2 if the ransom fee were not paid |

| Count | Approximate Date | Defendants | Communications |
|---|---|---|---|
| 13 | May 11, 2018 | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Text communication to Witness 2 with a picture of Alien 3's bruised body to coerce Witness 2 to pay a ransom fee |
| 14 | May 2018 | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," | Telephone call to Witness 3 to cause serious bodily injury or death to Alien 5 if the ransom fee were not paid |
| 15 | May 24, 2018 | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Telephone call to Witness 4 to cause serious bodily injury or death to Alien 4 if the ransom fee were not paid |
| 16 | January 7, 2019 | REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel" | Telephone call to Witness 5 to cause serious bodily injury or death to Alien 7 if the ransom fee were not paid |

| Count | Approximate Date | Defendants | Communications |
|-------|------------------|------------|----------------|
| 17 | January 7, 2019 | **REYNALDO CRESPO MARQUEZ,** a/k/a "El Nino," and **JANCER SERGIO RAMOS VALDES,** a/k/a "Hansel" | Telephone call to Witness 7 to cause serious bodily injury or death to Alien 8 if the ransom fee were not paid |

In violation of Title 18, United States Code, Sections 875(b) and 2.

## COUNT 18
### Conspiracy to Bring Aliens Into the United States
### 18 U.S.C. § 371

Beginning at least as early as May 2009, the exact date being unknown to the Grand Jury, through on or about December 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
a/k/a "El Chupa,"
a/k/a "Jose Gonzalez Perez,"
**REYNALDO CRESPO MARQUEZ,**
a/k/a "El Nino,"
**JANCER SERGIO RAMOS VALDES,**
a/k/a "Hansel,"
**YOSVANI CARBONEL LEMUS,**
a/k/a "Yosbani Clavell,"
**YOHISMY PEREZ GONZALEZ,**
a/k/a "Peseta,"
**LUIS POMPA GONZALEZ,**
a/k/a "Luisito," and
**REYNALDO ABREU GARCIA,**
a/k/a "Rey,"
a/k/a "Cancun Rey,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United

States, that is to bring an alien into the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such alien, in violation of Title 8, United States Code, Sections 1324(a)(2) and 1324(a)(2)(B)(ii).

It is further alleged that the offense was committed for the purpose of commercial advantage and private financial gain.

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to enrich themselves by kidnapping Cuban nationals and holding them captive for ransom. Once the ransom was paid, the defendants' objective was to assist the Cuban nationals in traveling to the Mexican-United States border so that the Cuban nationals could present themselves to United States immigration officials to seek asylum.

## MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY

1.      Paragraphs 1 through 10 of the Manner and Means section of Count 11 of this Second Superseding Indictment are incorporated by reference as though fully set forth herein.

## OVERT ACTS

In furtherance of the conspiracy, and to achieve its object, at least one member of the conspiracy committed, and caused to be committed, at least one of the following acts:

2.      In and around February 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators kidnapped Aliens 1 and 2 at or near the vicinity of Progreso, Mexico.

3.      On or about February 20, 2018, **JOSE MIGUEL GONZALEZ VIDAL,**

20

**REYNALDO CRESPO MARQUEZ, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 1, or caused Alien 1 to be threatened, with serious bodily injury and death.

4.      On or about March 9, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 2, or caused Alien 2 to be threatened, with serious bodily injury and death.

5.      On or about March 9, 2018, **YOSVANI CARBONEL LEMUS** caused a telephone call to Alien 2's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 2 if the ransom fee were not paid.

6.      In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators kidnapped Aliens 3, 4, and 5 at or near the vicinity of Progreso, Mexico.

7.      On or about May 11, 2018, **JOSE MIGUEL GONZALEZ VIDAL** caused a text communication to be sent to Alien 3's relatives with a picture of Alien 3's beaten and bruised body to coerce Alien 3's relatives to pay a ransom fee.

8.      In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL** and other co-conspirators threatened Alien 5, or caused Alien 5 to be threatened, with serious bodily injury and death.

9.      On or about May 24, 2018, **JOSE MIGUEL GONZALEZ VIDAL, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 4, or caused Alien 4 to be threatened,

with serious bodily injury and death.

10.     On or about May 24, 2018, **YOSVANI CARBONEL LEMUS** caused a telephone call to Alien 4's relatives requesting a ransom fee, and threatening to cause serious bodily injury or death to Alien 4 if the ransom fee were not paid.

11.     In and around July 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 6 at or near the vicinity of Cancun, Mexico.

12.     On or about August 4, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Alien 6, or caused Alien 6 to be threatened, with serious bodily injury and death.

13.     In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Aliens 7 and 8 at or near the vicinity of Progreso, Mexico.

14.     On or about January 7, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Aliens 7 and 8, or caused Aliens 7 and 8 to be threatened, with serious bodily injury and death.

15.     On or about January 7, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators caused a telephone call to Alien 7's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 7 if the ransom fee were not paid.

16.     On or about January 7, 2019, **JANCER SERGIO RAMOS VALDES,** and other co-conspirators caused a telephone call to Alien 8's relatives requesting a ransom fee and

22

threatening to cause serious bodily injury or death to Alien 8 if the ransom fee were not paid.

17.     In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, REYNALDO ABREU GARCIA,** and other co-conspirators, transported, or caused to be transported Alien 7 to the Mexican-United States border so that Alien 7 could present themselves to United States immigration officials to seek asylum.

18.     In or around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 9 at or near the vicinity of Progreso, Mexico.

19.     On or about January 13, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES**, and other co-conspirators threatened Alien 9, or caused Alien 9 to be threatened, with serious bodily injury and death.

All in violation of Title 18, United States Code, Section 371.

### COUNT 19
**Conspiracy to Commit Kidnapping**
**18 U.S.C. § 1201(c)**

Beginning at least as early as May 2009, the exact date being unknown to the Grand Jury, through on or about January 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
a/k/a "El Chupa,"
a/k/a "Jose Gonzalez Perez,"
**REYNALDO CRESPO MARQUEZ,**
a/k/a "El Nino,"
**JANCER SERGIO RAMOS VALDES,**
a/k/a "Hansel,"
**YOSVANI CARBONEL LEMUS,**
a/k/a "Yosbani Clavell,"
**YOHISMY PEREZ GONZALEZ,**
a/k/a "Peseta,"

23

**LUIS POMPA GONZALEZ,**
**a/k/a "Luisito," and**
**REYNALDO ABREU GARCIA,**
**a/k/a "Rey,"**
**a/k/a "Cancun Rey,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, and hold them for ransom, that is, for $10,000 in United States currency, and did use any means, facility, and instrumentality of interstate and foreign commerce, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1); all in violation of Title 18, United States Code, Section 1201(c).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by kidnapping for ransom Aliens 1, 2, 3, 4, 5, 6, 7, 8, 9, and other Cuban nationals whose identities are presently known and unknown.

## MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY

1.      Paragraphs 1 through 10 of the Manner and Means section of Count 11 of this Second Superseding Indictment are incorporated by reference as though fully set forth herein.

## OVERT ACTS

In furtherance of the conspiracy, and to achieve its object, at least one member of the conspiracy committed, and caused to be committed, at least one of the following acts:

2.      In and around February 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators kidnapped

24

Aliens 1 and 2 at or near the vicinity of Progreso, Mexico.

3.      On or about February 20, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 1, or caused Alien 1 to be threatened, with serious bodily injury and death.

4.      On or about March 9, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 2, or caused Alien 2 to be threatened, with serious bodily injury and death.

5.      On or about March 9, 2018, **YOSVANI CARBONEL LEMUS** caused a telephone call to Alien 2's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 2 if the ransom fee were not paid.

6.      In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators kidnapped Aliens 3, 4, and 5 at or near the vicinity of Progreso, Mexico.

7.      On or about May 11, 2018, **JOSE MIGUEL GONZALEZ VIDAL** caused a text communication to be sent to Alien 3's relatives with a picture of Alien 3's beaten and bruised body to coerce Alien 3's relatives to pay a ransom fee.

8.      In and around May 2018, **JOSE MIGUEL GONZALEZ VIDAL** and other co-conspirators threatened Alien 5, or caused Alien 5 to be threatened, with serious bodily injury and death.

9.      On or about May 24, 2018, **JOSE MIGUEL GONZALEZ VIDAL, JANCER**

**SERGIO RAMOS VALDES, YOSVANI CARBONEL LEMUS, LUIS POMPA GONZALEZ,** and other co-conspirators threatened Alien 4, or caused Alien 4 to be threatened, with serious bodily injury and death.

10.    On or about May 24, 2018, **YOSVANI CARBONEL LEMUS** caused a telephone call to Alien 4's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 4 if the ransom fee were not paid.

11.    In and around July 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 6 at or near the vicinity of Cancun, Mexico.

12.    On or about August 4, 2018, **JOSE MIGUEL GONZALEZ VIDAL, REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Alien 6, or caused Alien 6 to be threatened, with serious bodily injury and death.

13.    In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Aliens 7 and 8 at or near the vicinity of Progreso, Mexico.

14.    On or about January 7, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Aliens 7 and 8, or caused Aliens 7 and 8 to be threatened, with serious bodily injury and death.

15.    On or about January 7, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators caused a telephone call to Alien 7's relatives requesting a ransom fee, and threatening to cause serious bodily injury or death to Alien 7 if the ransom fee were not paid.

26

16.     On or about January 7, 2019, **JANCER SERGIO RAMOS VALDES,** and other co-conspirators caused a telephone call to Alien 8's relatives requesting a ransom fee and threatening to cause serious bodily injury or death to Alien 8 if the ransom fee were not paid.

17.     In or around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES, REYNALDO ABREU GARCIA** and other co-conspirators, transported, or caused to be transported, Alien 7 to the Mexican-United States border so that Alien 7 could present themselves to United States immigration officials to seek asylum.

18.     In and around January 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators kidnapped Alien 9 at or near the vicinity of Progreso, Mexico.

19.     On or about January 13, 2019, **REYNALDO CRESPO MARQUEZ, JANCER SERGIO RAMOS VALDES,** and other co-conspirators threatened Alien 9, or caused Alien 9 to be threatened, with serious bodily injury and death.

All in violation of Title 18, United States Code, Section 1201(c).

### COUNTS 20-27
### Kidnapping
### 18 U.S.C. § 1201(a)(1)

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MIGUEL GONZALEZ VIDAL,**
a/k/a "El Chupa,"
a/k/a "Jose Gonzalez Perez,"
**REYNALDO CRESPO MARQUEZ,**
a/k/a "El Nino,"
**JANCER SERGIO RAMOS VALDES,**
a/k/a "Hansel,"

27

YOSVANI CARBONEL LEMUS,
a/k/a "Yosbani Clavell,"
YOHISMY PEREZ GONZALEZ,
a/k/a "Peseta," and
LUIS POMPA GONZALEZ,
a/k/a "Luisito,"

did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, as described below, and hold that person for ransom, that is, United States currency, and did use a means, facility, and instrumentality of interstate and foreign commerce, in committing and in furtherance of the commission of the offense,

| Count | Approximate Dates | Defendants | Alien |
|---|---|---|---|
| 20 | Beginning at least as early as February 2018, through on or about March 10, 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," YOHISMY PEREZ GONZALEZ, a/k/a "Peseta," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Alien 1 |
| 21 | Beginning at least as early as February 11, 2018, through on or about May 12, 2018 | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," YOHISMY PEREZ GONZALEZ, a/k/a "Peseta," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Alien 2 |

| Count | Approximate Dates | Defendants | Alien |
|---|---|---|---|
| 22 | Beginning at least as early as May 2018, through in or around July 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Alien 3 |
| 23 | Beginning at least as early as May 2018, through on or about July 2, 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," JANCER SERGIO RAMOS VALDES, a/k/a "Hansel," YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell," and LUIS POMPA GONZALEZ, a/k/a "Luisito" | Alien 4 |
| 24 | On or about May 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez" | Alien 5 |
| 25 | Beginning at least as early as July 2018, through on or about September 3, 2018, the exact dates being unknown to the Grand Jury | JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El Chupa," a/k/a "Jose Gonzalez Perez," REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel" | Alien 6 |

| Count | Approximate Dates | Defendants | Alien |
|-------|-------------------|------------|-------|
| 26 | Beginning at least as early as January 4, 2019, through on or about January 20, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 7 |
| 27 | Beginning at least as early as January 4, 2019, through on or about January 20, 2019 | **REYNALDO CRESPO MARQUEZ, a/k/a "El Nino," and JANCER SERGIO RAMOS VALDES, a/k/a "Hansel"** | Alien 8 |

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## CRIMINAL FORFEITURE

1.      The allegations contained in this Second Superseding Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which one or more of the defendants has an interest.

2.      Upon conviction of any violation of Title 18, United States Code, Section 1962, alleged in this Second Superseding Indictment, any defendant so convicted shall forfeit to the United States, (1) any interest acquired or maintained in violation of Section 1962; (2) any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which the person has established, operated, controlled, conducted or participated in the conduct of, in violation of Section 1962; and (3) any property constituting, or derived from, any proceeds which the defendants obtained, directly or indirectly, from racketeering activity in violation of Section 1962, all pursuant to Title 18, United States Code, Section 1963(a)(1)-(3).

3.       Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Second Superseding Indictment, any defendant so convicted shall forfeit to the United States (a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the violation; and (b) any property, real or personal, (i) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the violation; or (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of the violation, pursuant to Title 18, United States Code, Section 982(a)(6).

4.       If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot divided without difficulty;

it is the intent of the United States of America to seek forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, 1963(m).

All pursuant to Title 18, United States Code, Sections 1963, 982(a)(1) and (a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b).

A TRUE BILL

█████████████████

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MANOLO REBOSO
ASSISTANT UNITED STATES ATTORNEY

IGNACIO JESUS VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

JOSE MIGUEL GONZALEZ VIDAL, a/k/a "El
Chupa," a/k/a "Jose Gonzalez Perez," et al.,

_____Defendant_____/

CASE NO. 21-20050-CR-ALTONAGA/TORRES(s)(s)

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ✓ Miami | __ Key West | |
| __ FTL | __ WPB | __ FTP |

New defendant(s)     Yes ____    No ✓
Number of new defendants    0
Total number of counts    27

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take _45_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | _____ | |
| II | 6 to 10 days | _____ | |
| III | 11 to 20 days | _____ | |
| IV | 21 to 60 days | ✓ | |
| V | 61 days and over | _____ | |

(Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | ✓ |

6. Has this case previously been filed in this District Court? (Yes or No)    Yes
   If yes: Judge Cecilia M. Altonaga     Case No. 21-20050-CR-ALTONAGA
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    Yes
   If yes: Magistrate Case No.    20-mj-3346-McAliley; 20-mj-3347-McAliley; 20-mj-04078-EGT; 21-mj-02644-Goodman;
   Related miscellaneous numbers:    21-mj-02645-Goodman; 21-mj-02646-Goodman; 21-mj-02647-Goodman;
   Defendant(s) in federal custody as of    September 2, 2020; December 2, 2020; April 6, 2021; April 14, 2021
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____    No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____    No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ____    No ✓

_____
Ignacio J. Vazquez, Jr.
Assistant United States Attorney
Florida Bar No.

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**   <u>JOSE MIGUEL GONZALEZ VIDAL a/ka "El Chupa," a/k/a "Jose Gonzalez Perez"</u>

**Case No**:   <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #1:

<u>Racketeer Influenced and Corrupt Organization Conspiracy</u>

<u>Title 18, United States Code, Section 1962(d)</u>

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

<u>Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #3-8:

<u>Encouraging Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(a)(iv)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000

Count #11:

<u>Conspiracy to Transmit Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 371</u>

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name:   JOSE MIGUEL GONZALEZ VIDAL a/ka "El Chupa," a/k/a "Jose Gonzalez Perez"**

**Case No:**    21-20050-CR-ALTONAGA/TORRES(s)(s)

Count #12-15:

Transmission of Extortionate Interstate Communications

Title 18, United States Code, Section 875(b)

* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #18:

Conspiracy to Bring Aliens into the United States

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #19:

Conspiracy to Commit Kidnapping

Title 18, United States Code, Section 1201(c)

* **Max. Term of Imprisonment:** Life Imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

Count #20-25:

Kidnapping

Title 18, United States Code, Section 1201(a)(1)

* **Max. Term of Imprisonment:** Life Imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: REYNALDO CRESPO MARQUEZ a/k/a "El Nino"

Case No: __21-20050-CR-ALTONAGA/TORRES(s)(s)

Count #1:

Racketeer Influenced and Corrupt Organization Conspiracy

Title 18, United States Code, Section 1962(d)

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #3-5, 8-10:

Encouraging Aliens to Illegally Enter the United States for Financial Gain

Title 8, United States Code, Section 1324(a)(1)(a)(iv)

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #11:

Conspiracy to Transmit Extortionate Interstate Communications

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name:** **REYNALDO CRESPO MARQUEZ a/k/a "El Nino"**

**Case No:**   21-20050-CR-ALTONAGA/TORRES(s)(s)

Count #12-13; 16-17:

Transmission of Extortionate Interstate Communications

Title 18, United States Code, Section 875(b)

* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #18:

Conspiracy to Bring Aliens into the United States

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #19:

Conspiracy to Commit Kidnapping

Title 18, United States Code, Section 1201(c)

* **Max. Term of Imprisonment:** Life Imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

Count #20-22 and 25-27:

Kidnapping

Title 18, United States Code, Section 1201(a)(1)

* **Max. Term of Imprisonment:** Life Imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JANCER SERGIO RAMOS VALDES a/k/a"Hansel"**

Case No: __21-20050-CR-ALTONAGA/TORRES(s)(s)__

Count #1:

Racketeer Influenced and Corrupt Organization Conspiracy

Title 18, United States Code, Section 1962(d)

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #4-6; 8-10:

Encouraging Aliens to Illegally Enter the United States for Financial Gain

Title 8, United States Code, Section 1324(a)(1)(a)(iv)

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #11:

Conspiracy to Transmit Extortionate Interstate Communications

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name**: <u>**JANCER SERGIO RAMOS VALDES a/k/a"Hansel"**</u>

**Case No**:  <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #12-13; 15-17:

<u>Transmission of Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 875(b)</u>

**\* Max. Term of Imprisonment**: 20 years
**\* Max. Supervised Release**: 5 years
**\* Max. Fine**: $250,000

Count #18:

<u>Conspiracy to Bring Aliens into the United States</u>

<u>Title 18, United States Code, Section 371</u>

**\* Max. Term of Imprisonment**: 5 years
**\* Max. Supervised Release**: 3 years
**\* Max. Fine**: $250,000

Count #19:

<u>Conspiracy to Commit Kidnapping</u>

<u>Title 18, United States Code, Section 1201(c)</u>

**\* Max. Term of Imprisonment**: Life Imprisonment
**\* Max. Supervised Release**: 5 years
**\* Max. Fine**:  $250,000

Count #21-23; 25-27:

<u>Kidnapping</u>

<u>Title 18, United States Code, Section 1201(a)(1)</u>

**\* Max. Term of Imprisonment**: Life Imprisonment
**\* Max. Supervised Release**: 5 years
**\* Max. Fine**:  $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell,"</u>

**Case No**: <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #1:

<u>Racketeer Influenced and Corrupt Organization Conspiracy</u>

<u>Title 18, United States Code, Section 1962(d)</u>

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

<u>Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #3-6:

<u>Encouraging Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(a)(iv)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #11:

<u>Conspiracy to Transmit Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 371</u>

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name**: <u>YOSVANI CARBONEL LEMUS, a/k/a "Yosbani Clavell,"</u>

**Case No**: <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #12-13; 15:

<u>Transmission of Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 875(b)</u>

**\* Max. Term of Imprisonment:** 20 years
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

Count #18:

<u>Conspiracy to Bring Aliens into the United States</u>

<u>Title 18, United States Code, Section 371</u>

**\* Max. Term of Imprisonment:** 5 years
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

Count #19:

<u>Conspiracy to Commit Kidnapping</u>

<u>Title 18, United States Code, Section 1201(c)</u>

**\* Max. Term of Imprisonment:** Life Imprisonment
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

Count #20-23:

<u>Kidnapping</u>

<u>Title 18, United States Code, Section 1201(a)(1)</u>

**\* Max. Term of Imprisonment:** Life Imprisonment
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

Defendant's Name: <u>YOHISMY PEREZ GONZALEZ, a/k/a "Peseta,"</u>

Case No: <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #1:

Racketeer Influenced and Corrupt Organization Conspiracy

Title 18, United States Code, Section 1962(d)

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #3-4:

Encouraging Aliens to Illegally Enter the United States for Financial Gain

Title 8, United States Code, Section 1324(a)(1)(a)(iv)

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #11:

Conspiracy to Transmit Extortionate Interstate Communications

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name: <u>YOHISMY PEREZ GONZALEZ, a/k/a "Peseta,"</u>**

**Case No:** <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #12:

<u>Transmission of Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 875(b)</u>

**\* Max. Term of Imprisonment:** 20 years
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

Count #18:

<u>Conspiracy to Bring Aliens into the United States</u>

<u>Title 18, United States Code, Section 371</u>

**\* Max. Term of Imprisonment:** 5 years
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

Count #19:

<u>Conspiracy to Commit Kidnapping</u>

<u>Title 18, United States Code, Section 1201(c)</u>

**\* Max. Term of Imprisonment:** Life Imprisonment
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

Count #20-21:

<u>Kidnapping</u>

<u>Title 18, United States Code, Section 1201(a)(1)</u>

**\* Max. Term of Imprisonment:** Life Imprisonment
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>LUIS POMPA GONZALEZ, a/k/a "Luisito,"</u>

**Case No:** <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #1:

<u>Racketeer Influenced and Corrupt Organization Conspiracy</u>

<u>Title 18, United States Code, Section 1962(d)</u>

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

<u>Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #3-6:

<u>Encouraging Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(a)(iv)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #11:

<u>Conspiracy to Transmit Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 371</u>

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name: <u>LUIS POMPA GONZALEZ, a/k/a "Luisito,"</u>**

Case No: <u>  21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #12-13; 15:

<u>Transmission of Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 875(b)</u>

* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #18:

<u>Conspiracy to Bring Aliens into the United States</u>

<u>Title 18, United States Code, Section 371</u>

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #19:

<u>Conspiracy to Commit Kidnapping</u>

<u>Title 18, United States Code, Section 1201(c)</u>

* **Max. Term of Imprisonment:** Life Imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #20-23:

<u>Kidnapping</u>

<u>Title 18, United States Code, Section 1201(a)(1)</u>

* **Max. Term of Imprisonment:** Life Imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: <u>REYNALDO ABREU GARCIA, a/k/a "Rey," a/k/a "Cancun Rey"</u>

**Case No:** <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #1:

<u>Racketeer Influenced and Corrupt Organization Conspiracy</u>

<u>Title 18, United States Code, Section 1962(d)</u>

* **Max. Term of Imprisonment:** 20 Years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

<u>Conspiracy to Encourage Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #3 and 9:

<u>Encouraging Aliens to Illegally Enter the United States for Financial Gain</u>

<u>Title 8, United States Code, Section 1324(a)(1)(a)(iv)</u>

* **Max. Term of Imprisonment:** 10 Years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #11:

<u>Conspiracy to Transmit Extortionate Interstate Communications</u>

<u>Title 18, United States Code, Section 371</u>

* **Max. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Defendant's Name**: <u>**REYNALDO ABREU GARCIA, a/k/a "Rey," a/k/a "Cancun Rey"**</u>

**Case No**:  <u>21-20050-CR-ALTONAGA/TORRES(s)(s)</u>

Count #18:

<u>Conspiracy to Bring Aliens into the United States</u>

<u>Title 18, United States Code, Section 371</u>

**\* Max. Term of Imprisonment:** 5 years
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

Count #19:

<u>Conspiracy to Commit Kidnapping</u>

<u>Title 18, United States Code, Section 1201(c)</u>

**\* Max. Term of Imprisonment:** Life Imprisonment
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not
include restitution, special assessments, parole terms, or forfeitures that may be applicable.**