**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-20050-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**JOSE MIGUEL GONZALEZ VIDAL,**

      Defendant.

_____/

**FACTUAL PROFFER**

The United States of America and the Defendant, Jose Miguel Gonzalez Vidal ("VIDAL"), submit that the following facts prove the Second Superseding Indictments allegations occurred in Miami-Dade County, in the Southern District of Florida, and elsewhere:

From or around January 2009 or earlier, and continuing ~~to the~~ a group of individuals including **VIDAL**, Reynaldo Crespo Marquez ("MARQUEZ") Jancer Sergio Ramos Valdes ("JANCER"), Yosvani Carbonel Lemus ("LEMUS"), Yohismy Perez Gonzalez ("PEREZ GONZALEZ"), Luis Pompa Gonzalez ("POMPA"), Reynaldo Abreu Garcia ("ABREU"), Javier Hernandez ("HERNANDEZ"), Ramon Reyes Aranda ("ARANDA"),[1] and additional known and unknown associates unnamed associates, were members or associates of a criminal enterprise operating in Cuba, Mexico, the Southern District of Florida, the Middle District of Florida, and elsewhere ("Enterprise Members"). The enterprise's activities were identified through telephone, financial, social media, and other records, along with witness accounts. The parties stipulate that the enterprise's racketeering activities affected interstate and foreign commerce.

---

[1] Defendants **HERNANDEZ** and **ARANDA** are charged for enterprise associated activities under Southern District of Florida Case Number 22-20557-CR-Bloom(s)

The parties agree that the discovery tendered in this case reflects the enterprise's activities and is accordingly referenced herein to demonstrates **VIDAL's** knowledge of the types of conduct that occurred during the charged pattern of racketeering.

The enterprise is a criminal network whose members shared vessels, associates, and corrupted officials all for the purposes generating criminal profits. **VIDAL** joined the enterprise sometime in 2015. **VIDAL's** initial enterprise duties included overseeing the smuggling of migrants and collecting the smuggling debts owed to the enterprise, which included extorting migrants and their family members. Enterprise Members engaged in the following forms of racketeering and specified unlawful activities: extortion, obstruction of justice, alien smuggling, dealing in stolen property, drug trafficking, bribery, fraud, gambling, and money laundering. Enterprise Members committed multiple facilitating crimes while out of custody and developed relations with criminal interests to advance their ability to profit from the commission of crimes. For example, the enterprise paid Mexican cartels "taxes" and paid bribes to foreign law enforcement in order to effectively operate the criminal enterprise.

Enterprise Members participated in migrant smuggling and extortion. The Enterprise Members, such as **HERNANDEZ** and **ARANDA**, stole vessels from the United States that were subsequently used for several reasons, including bribery of officials, committing fraud, facilitation of drug trafficking, and illegally transporting migrants to Mexico as an intermediate stop to the United States. As an example of the scope of the enterprise's vessel theft activities, **HERNANDEZ** was personally responsible for over twenty thefts of vessels, each valued over $100,000.

2

Enterprise Members, such as **HERNANDEZ**, provided vessels and money to foreign public officials as part of the enterprise's use of bribery to facilitate to earn illegal profits. *See* Javier Hernandez Facebook Private Message, October 2, 2019 ("Here in Merida we already have the governor, the attorney general, and now the chief of police in our pockets."); *see also* Javier Hernandez Facebook Private Message, October 2, 2019 ("Fire, in the middle of this month I am going to Mexico to take a car that belongs to the chief of police and chief of almost everything in Merida. Let's see if when I give him that car he loosens up the reins for us here in Yucatan and I can find you something for the papers that is better").

Enterprise Members would operate these go-fast vessels from the Yucatan Peninsula, Mexico to Cuba in order to pick up migrants wishing to leave Cuba and go to the United States. Enterprise Members would usually pick up approximately 10-15 migrants. Enterprise Members would then drive the vessel back to Mexico and begin the illegal smuggling of the migrants from Cuba through Mexico and then the United States. The migrants would arrive at a beach in the Yucatan Peninsula, Mexico, where Enterprise Members met them and put them in a van and were taken to a house. Enterprise Members would then contact the migrants' family members or friends who would pay the $10,000.00 smuggling debt. The migrants smuggled by the enterprise were detained in Mexico until the $10,000.00 smuggling fee was paid, usually by the migrants' families or friends. In most cases, once the full payment was made, the Enterprise smuggled the migrants from where they were housed in the Yucatan Peninsula, Mexico, to the United States/Mexico border, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter and reside in the United States, regardless of any official action which may later be taken with respect to such alien, in violation of Title 8 United States Code, Sections 1324(a)(2) and 1324(a)(2)(B)(ii).

3

The migrants who could not pay their smuggling fees within a couple days of arriving in Mexico from Cuba were beaten with wooden paddles and electrocuted with tasers by Enterprise Members. The migrants' family members and friends were extorted by the enterprise for payment, and some of these phone calls came from **VIDAL's** phone. The enterprise threatened serious bodily injury to the migrants if the smuggling fee was not timely paid, and the enterprise would send the migrants' family members and friends pictures and videos of the migrants being threatened and beaten. Enterprise Members charged with participating in these violent acts includes **VIDAL, MARQUEZ, JANCER, PEREZ GONZALEZ** and **LEMUS**. Additionally, makeshift prisons, at times called *calabozos* (Spanish for dungeons), were used to keep detained migrants from escaping until the smuggling fee was paid. Enterprise Members, such as **HERNANDEZ**, who did not physically interact with migrants, were nonetheless aware of the enterprise's extortionate activities through their visitation of detention sites.

Once a smuggling debt was satisfied, migrants were routed through Enterprise Members such as **ABREU** to make their way into the United States. Enterprise Members instructed migrants to seek asylum to enter the United States and lie to United States immigration officials about the enterprise and their smuggling venture, instead telling officials that they arrived on a makeshift raft and didn't pay anyone to be smuggled and get to the United States. These lies were also for the purpose of concealing the enterprise from being identified by law enforcement. *See for e.g.,* **PEREZ GONZALEZ** Facebook Audio Statement 124312331814778 ("And he has to make up a story, okay? "I left Cuba on such and such day." And why did you leave Cuba? "because of this and that." And so on and so forth. He has to make up a story so that everything goes well later when he goes to the interview. I'll send them to you later."); *see also* **PEREZ GONZALEZ** Facebook Audio Statement 124315065147838 ("Those are the words he has to say there. "No, I

4

was being threatened in Cuba, and the police were beating me up." And in the questions that I sent you, you're going to see that they're going to ask him if he has ever been threatened in his country? Yes. By whom? By the Castro regime, by the police because they beat me up a lot. I'm afraid to be in my country. I don't want to be in my country at all. I want you to give me the [UI] possible. I want to be by your side, with Americans."); *see also* **PEREZ GONZALEZ** Facebook Audio Statement 132488850997126 ("This is for you to make up a story, from now on, you and your woman, when you arrive at the United States immigration office, you're going to take advantage of the political asylum law. You're going to take advantage of the political asylum law. And so you're going to tell a story, that you left Cuba because you were threatened, or that you weren't allowed to study or work in Cuba. Got it? . . . You have to make up a story that's credible, bro. Okay? With all those questions I sent you there. If you want to include your woman, you can. Otherwise, do it separately. She on one side and you on the other. You'll still need people to write you a letter of assistance here in the United States.").

Following the arrests of the initial defendants in this case, Enterprise Members housed in Federal Detention Center Miami (FDC Miami) continued their participation in the group's pattern of racketeering. Enterprise Members, such as **PEREZ GONZALEZ, HERNANDEZ,** and others discussed efforts and actions to maintain the enterprise following arrests in Mexico and the United States. *See for e.g.*, **PEREZ GONZALEZ** Facebook Audio Statement 115865598463729 ("Tell the Chupa that his son loves him and misses him a lot, brother. Tell him I love him and I will be with him until death, brother, loyal until death, brother. Tell him I love him so much and that I want to see him, brother, did you hear? Tell him that I love him and that I want to see him and to see you, brother. I want to see the team organized again, brother."); *see also* WhatsApp Text Message Conversation From 1B126, between **VIDAL** and **HERNANDEZ**, October 28, 2020

("I'm just telling you that El Nino has behaved well up to now and hasn't spoken anything but he can still loosen his tongue"). For example, Enterprise Members used **ASSOCIATE 1** to knowingly acquire and disseminate discovery in violation of the Court's protective order.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: ___9|5|2023___ By: _____

MANOLO REBOSO
ASSISTANT UNITED STATES ATTORNEY

Date: ___9/5/2023___ By: _____

JUAN DIEGO BERRIO
ATTORNEY FOR DEFENDANT

Date: ___9/5/2023___ By: _____

JOSE MIGUEL GONZALEZ VIDAL
DEFENDANT

6