**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20050-CR-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA,**

vs.

**JOSE MIGUEL GONZALEZ VIDAL,** *et al.***,**

     Defendants.

_____/

## UNITED STATES OF AMERICA'S STATUS REPORT

In anticipation of the February 9, 2024 restitution hearing, and in response to the Court's February 5, 2024 Order [ECF No. 617], the United States respectfully submits the following status report to apprise the Court of the status of the restitution amount in this matter. The United States will not be seeking restitution in this matter as to any of the Defendants and is therefore respectfully requesting this Court to cancel the February 9, 2024 restitution hearing.

               Respectfully submitted,

               MARKENZY LAPOINTE
               UNITED STATES ATTORNEY

By:    /*s*/ Ignacio J. Vázquez, Jr.
       Ignacio J. Vázquez, Jr.
       Assistant United States Attorney
       Florida Bar No. 16275
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9318

By:    */s/Manolo Reboso*
       Manolo Reboso
       Assistant United States Attorney
       FL Bar No. 75397
       99 N.E. 4th Street
       Miami, FL 33132
       Telephone: (305) 961-9091