**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20050-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**JOSE MIGUEL GONZALEZ VIDAL**,
*et al.*,

Defendants.
_________________________________/

**ORDER**

THIS CAUSE came before the Court on the Government's Motion to Seal [ECF No. 699]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 699] is **GRANTED**. Docket entry 700 may be filed under seal and shall be unsealed on February 5, 2027. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2026.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record